COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EL PASO INDEPENDENT SCHOOL DISTRICT, | § | No. 08-08-00080-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | County Court at Law No. Five |
| | § | |
| JANICE MARIE HALE-HOBBY, | § | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC#2007-1216) |
| | § | |

**<u>MEMORANDUM OPINION</u>**

Pending before the Court is the motion of El Paso Independent School District, Appellant, to dismiss this appeal for the reason that the parties have settled all matters in controversy in the underlying lawsuit. Appellee has not objected to the motion and there is no indication that dismissal would prevent Appellee from seeking relief to which she would otherwise be entitled. *See* TEX. R. APP. P. 42.1(a)(1). We therefore grant the motion and dismiss the appeal with prejudice.

KENNETH R. CARR, Justice

August 14, 2008

Before Chew, C.J., McClure, and Carr, JJ.